**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

EDWIN OSVALDO LOPEZ GUZMAN,

Petitioner,

v. Civ. No. 1:26-00089 JB/GJF

PAMELA BONDI, Attorney General,
et al.

Respondents.

**ORDER SETTING HEARING VIA ZOOM**

**Date and time:** Wednesday, March 4, 2026, at 9:00 a.m. MT

**Matters to be heard:** *Verified Petition for Writ of Habeas Corpus* (Dkt. No. 1)

**IT IS ORDERED** that counsel for the parties shall appear for a Zoom[1] hearing on the above motion**.** Client attendance is not required.

**SO ORDERED.**

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

[1] Join ZoomGov Meeting
https://nmd-uscourts.zoomgov.com/j/1616517745

Meeting ID: 161 651 7745
Passcode: 591206

Dial by your location
• +1 669 254 5252 US (San Jose)
• +1 646 828 7666 US (New York)