**IN UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

EDWIN OSVALDO LOPEZ GUZMAN,

Plaintiffs/Petitioners,

v. No. CIV 26-0089 JB/GJF

TODD BLANCHE, Acting Attorney General,
DAREN K. MARGOLIN, Director for
Executive Office for Immigration Review,
EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW,
MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security,
DEPARTMENT OF HOMELAND SECURITY,
TODD M. LYONS, Acting Director of
IMMIGRATION AND CUSTOMS
ENFORCEMENT,
MARY DE ANDA-YBARRA, Director, El Paso
Field Office Field Office, Immigration and
Customs Enforcement, and
GEORGE DEDOS, Warden of Torrance County
Detention Facility.

Defendants/Respondents.

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

Upon consideration of the motion filed on February 26, 2026, the Court grants the joint motion to dismiss this matter without prejudice.

Dated: April 8, 2026

UNITED STATES DISTRICT JUDGE