**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

EDWIN OSVALDO LOPEZ GUZMAN,

Petitioner,

vs. No. CIV 26-0089 JB/GJF

PAMELA BONDI, Attorney General,
DAREN K. MARGOLIN, Director of Executive Office for Immigration Review,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
KRISTI NOEM, Secretary, U.S. Department of Homeland Security,
DEPARTMENT OF HOMELAND SECURITY,
TODD M. LYONS, Acting Director of IMMIGRATION AND CUSTOMS ENFORCEMENT,
MARY DE ANDA-YBARRA, Director, El Paso Field Office Field Office, Immigration and Customs Enforcement, and
GEORGE DEDOS, Warden of Torrance County Detention Facility,

Respondents.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Order Dismissing Matter Without Prejudice, filed April 8, 2026 (Doc. 16)("Order"). In the Order, the Court grants the joint motion to dismiss the matter without prejudice. See Order at 1. With no more parties, claims, or issues before the Court, the Court enters Final Judgment, pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case.

**IT IS ORDERED** that: (i) the Verified Petition for Writ of Habeas Corpus, filed January 16, 2026 (Doc. 1), is dismissed without prejudice; and (ii) Final Judgment is entered.

UNITED STATES DISTRICT JUDGE

*Counsel:*

Cameron Lane Youngs Giebink
Wilson Law Group
Minneapolis, Minnesota

*Petitioner pro se*

Todd Blanche
Deputy Attorney General
Ryan Ellison
First Assistant United States Attorney
Jean Margaret Trenbeath
Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

*Attorneys for the Respondents Daren K. Margolin, Kristi Noem, Todd M. Lyons, and Mary De Anda-Ybarra*